No. 03–1164. VENEMAN, SECRETARY OF AGRICULTURE, ET AL. v. LIVESTOCK MARKETING ASSN. ET AL.; and
No. 03–1165. NEBRASKA CATTLEMEN, INC., ET AL. v. LIVESTOCK MARKETING ASSN. ET AL. C. A. 8th Cir. Motion of 48 Cattle and Agricultural Associations for leave to file a brief as amicus curiae in No. 03–1164 granted. Certiorari granted limited to Question 1 presented by each petition. Cases consoli-

dated, and a total of one hour allotted for oral argument. ▮